United States Courts
Southern District of Texas
FILED

*September 03, 2024*

Nathan Ochsner, Clerk of Court

# BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion*, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

Bruce Molzan _____ v. Bellagreen Holdings, LLC, et al. _____ No. 23-20492

The Clerk is requested to tax the following costs against: Appellees

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee | | | | 505 | | | | 505.00 |
| Appendix or Record Excerpts | 8 | 76 | 0.15 | 91.20 | | | | 91.20 |
| Appellant's Brief | 11 | 42 | 0.15 | 69.30 | | | | 69.30 |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 11 | ~~22~~ | 0.15 | ~~36.30~~ | 11 | 20 | .15 | 33.00 |
| Other: | | | | | | | | |
| | | | Total $ | ~~701.80~~ | | | Costs are taxed in the amount of $ | 698.50 |

Costs are hereby taxed in the amount of $ __698.50__ this __19th__ day of __August__, 2024.

State of
County of __Orleans__

LYLE W. CAYCE, CLERK

By _Rebecca L. Leto_
Deputy Clerk

I __Karen Bryant Tripp__, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This __19th__ day of __August__, 2024.

_Karen B. Tripp_
(Signature)

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

Attorney for __Appellant, Bruce Molzan__